ORIGINAL

1  JASON D. KIPNIS (Bar No. 168271)
   jason.kipnis@weil.com
2  PERRY CLARK (Bar No. 197101)
   perry.clark@weil.com
3  NICHOLAS V. MARTINI (Bar No. 237687)
   nicholas.martini@weil.com
4  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
5  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
6  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
7
   STEVEN ALAN REISS (*pro hac vice* pending)
8  steven.reiss@weil.com
   DAVID J. LENDER (*pro hac vice* pending)
9  david.lender@weil.com
   MATTHEW ANTONELLI (*pro hac vice* pending)
10 matthew.antonelli@weil.com
   WEIL GOTSHAL & MANGES LLP
11 767 Fifth Avenue
   New York, NY 10153
12 Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
13
   Attorneys for Plaintiff
14 JVC AMERICAS CORPORATION

RECEIVED
06 FEB 28 PM 3:56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 02 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JVC AMERICAS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PATRIOT SCIENTIFIC CORPORATION, CHARLES H. MOORE, TECHNOLOGY PROPERTIES LIMITED, INC., and DANIEL E. LECKRONE,<br><br>Defendants. | Case No. C 05 4845 MJJ<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DAVID J. LENDER *PRO HAC VICE* |

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF DAVID J. LENDER

Case No. C05 4845 MJJ
SV1:\242032\01\56r401!.DOC\79085.0048

1  DAVID J. LENDER, an active member in good standing of the bar of the State of
2  New York, whose business address and telephone number is WEIL GOTSHAL & MANGES
3  LLP 767 Fifth Avenue, New York, New York 10153-0119, Telephone: (212) 310-8000, having
4  applied in the above entitled action for admission to practice in the Northern District of California
5  on a *pro hac vice* basis, representing Plaintiff, JVC Americas Corporation

6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
8  *hac vice* . Service of papers upon and communication with co-counsel designated in the
9  application will constitute notice to the party. All future filings in this action are subject to the
10 requirements contained in the General Order No. 45, *Electronic Case Filing*.
11 Dated: 3/2/2006

_____
Judge of the United States District Court