[PURSUANT TO LOCAL RULE 3-4(a)(1), NAMES AND ADDRESSES OF COUNSEL AND NAMES OF PARTIES APPEAR ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JVC AMERICAS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> PATRIOT SCIENTIFIC CORPORATION, CHARLES H. MOORE, TECHNOLOGY PROPERTIES LIMITED, INC., and DANIEL E. LECKRONE, <br><br> Defendants | Case No. C05-04845 MJJ <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c), Declaratory Judgment Plaintiff |
| 2 | |
| 3 | JVC Americas Corporation ("JVCA") and Defendants Technology Properties Limited, Inc. ("TPL"), |
| 4 | Patriot Scientific Corporation ("Patriot"), Daniel E. Leckrone ("Leckrone") and Charles H. Moore |
| 5 | ("Moore") (collectively, "the Parties"), having resolved the issues between them, hereby stipulate and |
| 6 | agree, through their respective counsel, that this lawsuits shall be dismissed without prejudice, with |
| 7 | each party bearing its own costs and attorneys' fees. |

                                      Respectfully submitted,

December 17, 2007                TOWNSEND and TOWNSEND and CREW LLP

By: /s/ Roger L. Cook
    Roger L. Cook (State Bar No. 55208)
    Eric P. Jacobs (State Bar No. 88413)
    Iris Sockel Mitrakos (State Bar No. 190162)
    Two Embarcadero Center, 8th Floor
    San Francisco, California 94111
    Tel:   (415) 576-0200
    Fax:  (415) 576-0300
    Email: rlcook@townsend.com
            epjacobs@townsend.com
            ismitrakos@townsend.com
*Attorneys for Defendants Technology Properties Ltd., Charles H. Moore and Daniel E. Leckrone*

December 17, 2007                POST KIRBY NOONAN & SWEAT LLP

By: /s/ Charles Hoge
    Charles Hoge (State Bar No. 110696)
    600 West Broadway, Suit e1100
    San Diego, CA 92101
    Tel:   619-231-8666
    Email: hoge@pkns.com
*Attorneys for Defendant Patriot Scientific Corporation*

| | |
|---|---|
| December 17, 2007 | WEIL GOTSHAL & MANGES |

By: /s/ David J. Lender
David J. Lender
767 Fifth Avenue
New York, NY 10153
Tel: 212-310-8000
Email: david.lender@weil.com

Jason D. Kipnis
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: 650-802-3000
E-mail: Jason.kipnis@weil.com
*Attorneys for JVC Americas Corporation*

IT IS SO ORDERED.

DATED: January 30, 2008    By: /s/ Martin J. Jenkins

The Honorable Judge Martin J. Jenkins

**JOINT STIPULATION AND [　　　　] ORDER FOR DISMISSAL**
CASE NOS. C 05 4845 MJJ    - 2 -

## GENERAL ORDER 45 ATTESTATION

I, Roger L. Cook, am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL. In compliance with General Order 45, X.B., I hereby attest that Charles T. Hoge and David J. Lender have concurred in this filing.

/s/ Roger L. Cook

Roger L. Cook

61236558 v1

**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**
CASE NOS. C 05 4845 MJJ